UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| DENNIS HENDERSON | : | PRISONER<br>CIVIL NO. 3:03CV543 (DJS)(TPS) |
| V. | : |  |
| STATE DEPT. OF CORRECTION,<br>ET AL. | :<br>: | MARCH 10, 2004 |

## **APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter our appearance as counsel for the defendants, in the above-captioned case.

Dated at Hartford, Connecticut, this _____ day of March, 2004.

                DEFENDANTS
                Dept. of Correction, et al.

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL

         BY:_____
            Richard T. Couture
            Assistant Attorney General
            110 Sherman Street
            Hartford, CT 06105
            Tel: (860) 808-5450
            E-Mail: richard.couture@po.state.ct.us
            Federal Bar #ct05480

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed to the following on this _____ day of March, 2004:

    Dennis Henderson #154736
    Osborn Correctional Institution
    P.O. Box 100
    Somers, CT  06071

                                                                                                                        _____
                                                                                                                        Richard T. Couture
                                                                                                                        Assistant Attorney General