UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| DENNIS HENDERSON | : | PRISONER<br>CIVIL NO. 3:03CV543 (DJS)(TPS) |
| v. | : |  |
| CONNECTICUT STATE D.O.C., ET AL. | : | MARCH 19, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b), the defendants move for an extension of time to April 20, 2004 within which to file an answer or other responsive pleading in this case. In support of this motion, the defendants represent:

1. The Complaint in this case was recently assigned to the undersigned on March 10, 2004.

2. Undersigned counsel is awaiting receipt of the records relating to the claims made in the Complaint.

3. In order to prepare a response to the Complaint, it will be necessary to review pertinent records and interview correctional medical staff familiar with the plaintiff's medical issues.

4. There have been no prior requests for an extension of time in this matter.

5. Because this is a *pro se* action involving a prison inmate, undersigned counsel has not attempted any communication with the plaintiff to determine his position regarding this request as is normally required under Rule 7(b)(3) of the Local Rules of Civil Procedure.

          DEFENDANTS
          Connecticut State D.O.C., et al.

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL

BY:    /s/_____
      Richard T. Couture
      Assistant Attorney General
      110 Sherman Street
      Hartford, CT 06105
      Federal Bar #ct05480
      E-Mail: richard.couture@po.state.ct.us
      Tel.: (860) 808-5450
      Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 19th day of March, 2004, to:

Dennis Henderson, No. 154736
Osborn Correctional Institution
P.O. Box 100
Somers, CT 06071

          ___/s/_____
          Richard T. Couture
          Assistant Attorney General