UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DENNIS HENDERSON              :
                              :         PRISONER
   v.                         :    Case No. 3:03CV543(DJS)(TPS)
                              :
CONNECTICUT STATE DOC, et al. :

RULING AND ORDER

Defendants seek an extension of time until April 20, 2004, to respond to the complaint. Defendants' motion [**doc. #14**] is **GRANTED**.

**SO ORDERED** this 7th day of April, 2004, at Hartford, Connecticut.

/s/ Thomas P. Smith
Thomas P. Smith
United States Magistrate Judge