UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| DENNIS HENDERSON | : | PRISONER<br>CIVIL NO. 3:03CV543 (DJS)(TPS) |
| v. | : |  |
| CONNECTICUT STATE D.O.C., ET AL. | : | APRIL 15, 2004 |

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES

Pursuant to Rule 8 of the Federal Rules of Civil Procedure, the defendants hereby answer the plaintiff's complaint as follows:

It is admitted that the plaintiff did request an egg crate mattress from the medical staff at the MacDougall-Walker Correctional Institution because of a history of a back problem and that the request was denied. Egg crate mattresses are used primarily for bed-ridden patients who are prone to decubitus ulcers. They are neither medically necessary nor medically indicated for someone with lower back pain such as the plaintiff.

## FIRST AFFIRMATIVE DEFENSE

This suit for money damages against the Department of Correction and the individual defendants in their official capacity is barred by the Eleventh Amendment to the United States Constitution.

## SECOND AFFIRMATIVE DEFENSE

To the extent that this Complaint may be construed as a claim against the defendants based on alleged malpractice or negligence, it is barred by the immunity granted to State employees under Conn. Gen. Stat. § 4-165.

**THIRD AFFIRMATIVE DEFENSE**

The Complaint fails to state a claim upon which relief can be granted.

**FOURTH AFFIRMATIVE DEFENSE**

The claims set forth in the Complaint are barred by the doctrine of collateral estoppel in that the issue concerning the plaintiff's request for an egg crate mattress was fully litigated in the state habeas corpus action entitled Henderson v. Warden, Docket No. CV-02-0822046, in which the Court found no basis for ordering that the medical staff at the MacDougall-Walker Correctional Institution provide the plaintiff with an egg crate mattress.

**FIFTH AFFIRMATIVE DEFENSE**

Defendant Brian Murphy had no personal involvement in any decisions relating to the medical care of the plaintiff.

**SIXTH AFFIRMATIVE DEFENSE**

The defendants are entitled to qualified immunity in that, at all relevant times, they reasonably believed that their conduct did not contravene any established statutory or constitutional rights and, in fact, their conduct did not violate any clearly established statutory or constitutional rights.

DEFENDANTS
Connecticut State D.O.C., et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:     \_\_/s/_____
Richard T. Couture
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05480
E-Mail:  richard.couture@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 15th day of April, 2004, to:

Dennis Henderson, No. 154736
Osborn Correctional Institution
P.O. Box 100
Somers, CT  06071


    /s/_____
Richard T. Couture
Assistant Attorney General