UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

DENNIS HENDERSON : PRISONER  2004 MAY 11  A 11: 55
CIVIL NO. 3:03CV543 (DJS)(TPS)
U.S. DISTRICT COURT
v. : BRIDGEPORT, CONN

CONNECTICUT STATE D.O.C., ET AL. : MAY 10, 2004

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendants respectfully move for summary judgment in their favor for the reason that there is no genuine issue as to any material fact and the defendants are entitled to judgment as a matter of law. The undisputed material facts show the following:

1.    All of the claims in the Complaint are barred by the doctrine of collateral estoppel in that the issue concerning the plaintiff's request for an egg crate mattress was fully litigated in the State habeas corpus action entitled <u>Henderson v. Warden</u>, Docket No. CV-02-0822046.

2.    The claims for money damages against the individual defendants in their official capacity are barred by the Eleventh Amendment to the United States Constitution.

3.    The claims for money damages and injunctive relief against the Connecticut Department of Correction are barred by the Eleventh Amendment to the United States Constitution.

4.    The defendant Brian Murphy had no personal involvement in any decisions regarding the plaintiff's medical care.

5.    The defendants did not violate any constitutional rights of the plaintiff.

6.    The plaintiff's claim for injunctive relief against the individual defendants is moot.

7.     The defendants are entitled to qualified immunity in that their conduct did not violate any clearly established constitutional rights.

In support of this motion, the defendants have filed herewith:

(a)     Affidavit of Edward Blanchette, M.D., with attached exhibits A through C;

(b)     Affidavit of Timothy Silvis, M.D., with attached exhibits A through G;

(c)     Local Rule 56(a)1 Statement; and

(d)     A Memorandum of Law.

DEFENDANTS
Connecticut State D.O.C., et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:     _____
Richard T. Couture
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05480
E-Mail:  richard.couture@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591


## CERTIFICATION

I hereby certify that a copy of the foregoing Motion for Summary Judgment was sent by first class mail, postage prepaid, this 10th day of May, 2004, to:

Dennis Henderson, No. 154736
Osborn Correctional Institution
P.O. Box 100
Somers, CT  06071

_____
Richard T. Couture
Assistant Attorney General

2