UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY 11  A 11: 56
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| DENNIS HENDERSON | : | PRISONER<br>CIVIL NO. 3:03CV543 (DJS)(TPS) |
| v. | : | |
| CONNECTICUT STATE D.O.C., ET AL. | : | MAY 10, 2004 |

### DEFENDANTS' LOCAL RULE 56(a)1 STATEMENT

The defendants respectfully represent, pursuant to Local Rule 56(a)1, that the following material facts are not in dispute:

1. Timothy Silvis, M.D., is a physician licensed to practice Medicine in the State of Connecticut since 1983. (Silvis Affidavit, para. 1).

2. Dr. Silvis is Board Certified in Internal Medicine. (Silvis Affidavit, para. 2).

3. Dr. Silvis was employed part-time at the Osborn Correctional Institution from 1989 to 1995 and part-time at the MacDougall-Walker Correctional Institution from 1995 to 1997. He has been employed full-time at the MacDougall-Walker Correctional Institution since April, 1997. (Silvis Affidavit, para. 3).

4. Edward Blanchette, M.D., is a physician licensed to practice Medicine in the State of Connecticut since 1975. (Blanchette Affidavit, para. 1).

5. Dr. Blanchette is Board Certified in Internal Medicine and Infectious Disease. (Blanchette Affidavit, para. 2).

6. Dr. Blanchette is presently the Director of Clinical Services for the Department of Correction ("DOC"). (Blanchette Affidavit, para. 3).

7. Dr. Blanchette has been employed by the DOC since 1984 in a variety of positions including Hospital Clinical Director at the Osborn Correctional Institution and the

MacDougall-Walker Correctional Institution for a number of years. (Blanchette Affidavit, para. 4).

8. Complaints involving lower back pain are one of the most common types of complaints that are seen in prison and in the private sector. Dr. Blanchette has evaluated and treated hundreds of such complaints in the prison setting. (Blanchette Affidavit, para. 5).

9. Mr. Dennis Henderson was incarcerated at the MacDougall-Walker Correctional Institution from February 28, 2002 to June 13, 2003 at which time he was transferred to the Osborn Correctional Institution. He has been incarcerated at the Osborn Correctional Institution continuously since June 13, 2003. (Silvis Affidavit, para. 4; Exhibit A to Silvis Affidavit).

10. Mr. Henderson had a lumbar laminectomy in 1981. (Silvis Affidavit, para. 5; Exhibit B to Silvis Affidavit).

11. Mr. Henderson was referred to Dr. Silvis for evaluation of complaints of lower back pain. Dr. Silvis saw Mr. Henderson on June 27, 2002 at which time he ordered a lower bunk pass, spine x-rays, Motrin and no sport activities. (Silvis Affidavit, para. 6; Exhibit C to Silvis Affidavit).

12. The x-rays of the spine taken on July 1, 2002 showed the old laminectomy as well as some mild degenerative arthrosis in the distal lumbar spine. (Silvis Affidavit, para. 7; Exhibit D to Silvis Affidavit).

13. Mr. Henderson was born on August 2, 1946. The x-rays taken on July 1, 2002 showed some mild degenerative disc disease which is quite common for anyone of Mr. Henderson's age. There were no unusual problems noted at the site of the earlier laminectomy. (Silvis Affidavit, para. 8; Exhibit D to Silvis Affidavit).

14. Dr. Silvis does not recall any discussion with Mr. Henderson regarding an egg crate mattress nor do his notes reflect any such discussion. (Silvis Affidavit, para. 9).

15. In November, 2002 and January, 2003, Mr. Richard Furey, the Health Services Administrator for the MacDougall-Walker Correctional Institution, approached Dr. Silvis indicating that Mr. Henderson had been asking about the possibility of being issued an egg crate mattress for a complaint of lower back pain. (Silvis Affidavit, para. 11).

16. After reviewing Mr. Henderson's medical file, Dr. Silvis informed Mr. Furey that the primary purpose for egg crate mattresses is to try and increase capillary flow in bedridden patients by relieving pressure to avoid the formation of ulcers on the skin. Egg crate mattresses are not designed or used for complaints of lower back pain. For such complaints, you would typically want a firmer mattress that can offer firm support. Mr. Henderson's prison mattress provides such firm support. (Silvis Affidavit, para. 12).

17. Dr. Silvis informed Mr. Furey that an egg crate mattress was not medically necessary or medically appropriate for Mr. Henderson and Mr. Furey relayed this information to Mr. Henderson. (Silvis Affidavit, para. 13; Exhibit F to Silvis Affidavit).

18. Mr. Furey is the medical administrator for MacDougall-Walker Correctional Institution. He is not a medical practitioner. In responding to Mr. Henderson's questions regarding an egg crate mattress, Mr. Furey was properly relying on the advice of Dr. Silvis. (Silvis Affidavit, para. 14).

19. On December 16, 2002, Mr. Henderson filed a habeas corpus petition in the Superior Court for the Judicial District of Hartford. (Blanchette Affidavit, para. 6; Exhibit A to Blanchette Affidavit).

3

20. The basis for Mr. Henderson's habeas petition was the denial of his request for an egg crate mattress which he felt he needed for his lower back pain. He attached to his petition a copy of an inmate request and grievance relating to his request for an egg crate mattress and asked the Superior Court to order the Medical Department of the MacDougall-Walker Correctional Institution to provide him with an egg crate mattress. (Blanchette Affidavit, para. 7; Exhibit A to Blanchette Affidavit).

21. As the Clinical Director for DOC, Dr. Blanchette was asked to review Mr. Henderson's medical records to determine whether he agreed with the decision denying his request for an egg crate mattress. (Blanchette Affidavit, para. 8).

22. After reviewing Mr. Henderson's medical file, Dr. Blanchette agreed with the decision denying his request for an egg crate mattress. (Blanchette Affidavit, para. 9).

23. Requests for egg crate mattresses are almost always made on behalf of immobile elderly patients, stroke victims and others who are unable to move in bed and are in danger of developing decubitus ulcers. In such patients, you need to relieve pressure points on the skin. (Blanchette Affidavit, para. 10).

24. In contrast, Dr. Blanchette cannot recall ever having ordered an egg crate mattress in response to a complaint of lower back pain. In such cases, one would typically want a mattress that offers firm support. Prison mattresses offer such support. (Blanchette Affidavit, para. 11).

25. The transcript of the habeas hearing which was held on April 16, 2003 includes the sworn testimony of Dr. Blanchette concerning Mr. Henderson's request for an egg crate mattress. (Blanchette Affidavit, para. 12; Exhibit B to Blanchette's Affidavit).

26. Mr. Henderson does not have a medical need for an egg crate mattress. He has mild degenerative disc disease and an egg crate mattress would not be indicated for his condition. (Blanchette Affidavit, para. 13).

27. When Mr. Henderson expressed some concern that his pain medication may be adversely affecting his kidney or liver, Dr. Blanchette readily agreed to do some blood tests (BUN, Creatinine, AST, ALT) to check his renal function and liver function. These blood tests were normal. (Blanchette Affidavit, para. 14; Exhibit G to Silvis Affidavit).

28. At the conclusion of the hearing on Mr. Henderson's habeas petition, Judge Rittenband did not find any medical justification for ordering DOC to provide Mr. Henderson with an egg crate mattress. (Blanchette Affidavit, para. 15; Exhibit B to Blanchette Affidavit).

29. An order was entered by Judge Rittenband entering judgment for the Respondent Warden and dismissing the habeas petition. (Blanchette Affidavit, para. 16; Exhibit C to Blanchette Affidavit).

30. It is the opinion of both Dr. Silvis and Dr. Blanchette that Mr. Henderson received appropriate evaluation and treatment for his mild degenerative disc disease at the MacDougall-Walker Correctional Institution. There is no indication that an egg crate mattress is medically necessary or medically appropriate for Mr. Henderson. (Silvis Affidavit, para. 17; Blanchette's Affidavit, para. 17).

DEFENDANTS
Connecticut State D.O.C., et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Richard T. Couture
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05480
E-Mail: richard.couture@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

### CERTIFICATION

I hereby certify that a copy of the foregoing Local Rule 56(a)1 Statement was sent by first class mail, postage prepaid, this 10th day of May, 2004, to:

Dennis Henderson, No. 154736
Osborn Correctional Institution
P.O. Box 100
Somers, CT 06071

_____
Richard T. Couture
Assistant Attorney General