FILED

2004 MAY 11 A 11: 56

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DENNIS HENDERSON : PRISONER
CIVIL NO. 3:03CV543 (DJS)(TPS)

v. :

CONNECTICUT STATE D.O.C., ET AL. : MAY 10, 2004

**AFFIDAVIT OF TIMOTHY SILVIS, M.D.,
IN SUPPORT OF DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

Timothy Silvis, M.D., being first duly sworn, deposes and says:

1. I am a physician licensed to practice Medicine in the State of Connecticut since 1983.

2. I am Board Certified in Internal Medicine.

3. I was employed part-time at the Osborn Correctional Institution from 1989 to 1995 and part-time at the MacDougall Correctional Institution from 1995 to 1997. I have been employed full-time by the Connecticut Department of Correction at the MacDougall-Walker Correctional Institution since April, 1997.

4. Mr. Dennis Henderson was incarcerated at the MacDougall-Walker Correctional Institution from February 28, 2002 to June 13, 2003 at which time he was transferred to the Osborn Correctional Institution. He has been incarcerated at the Osborn Correctional Institution continuously since June 13, 2003. See Inmate Movement Sheet, RT60, attached hereto as Exhibit A.

5. Mr. Henderson had a history of a lumbar laminectomy dating back to 1981. See Health Screening Form attached hereto as Exhibit B.

6. Mr. Henderson was referred to me for evaluation of complaints of lower back pain. I saw him on June 27, 2002 at which time I ordered a lower bunk pass, spine x-ray, Motrin and no sports activity. See chart entry, physician's orders and medical memos dated June 27, 2002 attached hereto as Exhibit C.

7. The x-rays of the spine taken on July 1, 2002 showed the old laminectomy as well as some mild degenerative arthrosis in the distal lumbar spine. See x-ray report attached hereto as Exhibit D.

8. Mr. Henderson was born on August 2, 1946 as can be seen on the attached medical records. The x-ray that I ordered showed some mild degenerative disc disease which is fairly common for anyone of Mr. Henderson's age. There were no unusual problems noted at the site of the earlier laminectomy.

9. I do not recall any discussion with Mr. Henderson regarding an egg crate mattress nor do my notes reflect any such discussion.

10. I saw Mr. Henderson again on August 22, 2002 regarding a complaint of pain in his right foot and toes. There was no discussion at that time regarding lower back pain. See chart entry for August 22, 2002, attached hereto as Exhibit E.

11. In November, 2002 and January, 2003, Mr. Richard Furey, the Health Services Administrator for the MacDougall-Walker Correctional Institution, did approach me indicating that Mr. Henderson had been asking about the possibility of being issued an egg crate mattress for a complaint of lower back pain.

12. After reviewing Mr. Henderson's medical file, I informed Mr. Furey that the primary purpose for egg crate mattresses is to try and increase capillary flow in bed ridden patients by

2

relieving pressure to avoid the formation of ulcers on the skin. Egg crate mattresses are not designed or used for complaints of lower back pain. For such complaints, you would typically want a firmer mattress that can offer firm support. Mr. Henderson's prison mattress provides such firm support.

13. I informed Mr. Furey that an egg crate mattress was not medically necessary or medically appropriate for Mr. Henderson and he relayed this information to Mr. Henderson. See memos from Mr. Furey to Mr. Henderson dated November 15, 2002 and January 23, 2003 attached hereto as Exhibit F.

14. It should be noted that while Mr. Furey is the medical administrator for the MacDougall-Walker Correctional Institution, he is not a medical practitioner. In responding to Mr. Henderson's questions regarding an egg crate mattress, Mr. Furey was properly relying on my advice.

15. It is my understanding that Mr. Henderson had a hearing in the Superior Court on April 16, 2003 pertaining to a habeas corpus petition he had filed complaining about the denial of his request for an egg crate mattress. While denying the request for an egg crate mattress and dismissing the petition, the judge did allow Mr. Henderson to testify regarding some concerns he had as to whether his pain medication was hurting his liver and/or kidneys. Dr. Edward Blanchette, who testified at the hearing, agreed to do a blood test to check his renal and liver functions even though there was no indication in the record of any problem in these areas.

16. At Dr. Blanchette's request, I ordered lab tests after Mr. Henderson's court appearance. These test results showed normal kidney and liver function (BUN, Creatinine, AST and ALT). See lab report attached hereto as Exhibit G.

17. Mr. Henderson received appropriate evaluation and treatment for degenerative disc disease while at the MacDougall-Walker Correctional Institution. The denial of his request for an egg crate mattress was appropriate and in accordance with accepted professional standards of care.

I, Timothy Silvis, M.D., do hereby swear that the contents of the foregoing affidavit are true and accurate to the best of my knowledge and belief.

_____
Timothy Silvis, M.D.

Subscribed and sworn to, before me, this 7th day of May, 2004.

_____
Richard T. Couture
Commissioner of the Superior Court

DEFENDANTS
Connecticut State D.O.C., et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Richard T. Couture
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05480
E-Mail: richard.couture@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591


## CERTIFICATION

I hereby certify that a copy of the foregoing Affidavit of Timothy Silvis, M.D., with attached exhibits, was sent by first class mail, postage prepaid, this 10th day of May, 2004, to:

Dennis Henderson, No. 154736
Osborn Correctional Institution
P.O. Box 100
Somers, CT 06071

_____
Richard T. Couture
Assistant Attorney General

5