# EXHIBIT A

```
MOVEMENTS      NUMBER:   154736       NAME:  HENDERSON, DENNIS       PAGE   1
FILE:'  OSBORN CCI                    MED FILE:
                                      DATE      SEQ  LOCATION             JUR  STA
TRANSFER AMONG DOC LOCATIONS          6/13/2003  1   115 OSBORN CCI       115   G
TRANSFER AMONG DOC LOCATIONS          4/10/2002  1   137 MCDGL/WLKR CI    137   G
TRANSFER AMONG DOC LOCATIONS          2/28/2002  1   114 MCDGL/WLKR CI    114   G
START SERVING SENTENCE (1+)           2/22/2002  1   140 CORR/RAD CC      140   G
TRANSFER AMONG DOC LOCATIONS          9/06/2001  1   140 CORR/RAD CC      140   U
READMISSION, CONTINUED                8/17/2001  1   122 NEW HAVEN CCC    122   U
DISCHARGE FROM CMTY RESIDENCE         12/26/1990 1   900 DISCHARGE        900   G
RELEASE TO COMMUNITY RESIDENCE        9/03/1989  1   3ND CS2-HAGGAN       302   G
TRANSFER AMONG DOC LOCATIONS          7/07/1989  1   135 GATES CCI        135   G
READMISSION W/ SENTENCE GT 1 YEAR     6/30/1989  1   122 NEW HAVEN CCC    122   G
DISCHARGED, DID NOT RETURN FROM COURT 3/19/1987  1   900 DISCHARGE        900   L
NEW ENTRY W/ SENTENCE LT 1 YEAR       3/18/1987  1   131 UNION AVE DC     131   L




Z332   3/10/2004    CT DEPT OF CORRECTION - ALL MOVEMENTS-RT60          END
TRANSACTION: RT60    NUMBER:   00154736
```

# EXHIBIT B

# INMATE MEDICAL SCREENING/HEALTH HISTORY

ADMISSION DATE: 7/7/89

INMATE #: 154736

NAME: Henderson Dennis    AGE: ___    DOB: 8-2-46    RACE: ___    EYES: ___    HAIR: ___

ADDRESS: ___    CITY: ___    STATE: ___    ZIP CODE: ___    TEL: ___

CHARGE: ___    CT DATE: ___    BOND: ___    PRIOR ADMISSION?: ___

| Have you ever had or do you have? | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Veneral Herpes | | ✓ | Kidney trouble | | ✓ |
| Gonorrhea Rx 1966 | ✓ | | Frequent/painful urination | | ✓ |
| Syphillis | | ✓ | Seizures | | ✓ |
| Asthma | | ✓ | Arthritis | | ✓ |
| Cancer/tumor | | ✓ | Rheumatic fever | | ✓ |
| Diabetes | | ✓ | High blood pressure | | ✓ |
| Frequent colds/Pneumonia | | ✓ | Ulcers/stomach trouble | | ✓ |
| Ear/nose/throat trouble | | ✓ | Hernia | | ✓ |
| Shortness of breath | | ✓ | Frequent headaches | | ✓ |
| Heart trouble HA 1987 | ✓ | | Hemmorrhoids | ✓ | |
| Hepatitis | | ✓ | Breast pain/tumor | | |
| Persistant cough | | ✓ | Rash | | |
| Swollen glands | | ✓ | Fungal infections | | ✓ |
| Night sweats | | ✓ | Weight loss | | ✓ |
| Diarrhea | | ✓ | | | |
| Do you | | | Have you ever lived with any w/TB | | ✓ |
| Wear Contact lenses/glasses | | ✓ | Are you? | | ✓ |
| Have painful dental condition | | ✓ | | | |
| Smoke cigarettes | | ✓ | Allergic to any medication | | ✓ |
| Have any other medical condition | ✓ | | OR other substances | | ✓ |

Back surgery - Yale New Haven fusion 1981

Next of Kin:
Name:
Address:
Tel: ( )

Taking any medication?
Nitroglycerin tabs prn

Do you have any other medical condition: NO
Have you recently been hospitalized? ___    Or been treated for a psychiatric illness NO

Substance Abuse History: denies abuse

| TYPE | MODE | LAST DOSE | AMOUNT | FREQUENCY Duration OF USE |
|---|---|---|---|---|
| Heroin | | | | |
| Methadone | | | | |
| Cocaine | | | | |
| Marijuana | | | | |
| Benzodiazipine | | | | |
| Barbituates | | | | |
| Alcohol | Occasional | | | |

Medical Care Provider:

Doctor:
Name:    Address:

HIV Pamphlet given    Signature: Dennis Henderson

# EXHIBIT C

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

## CLINICAL RECORD

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 154736 | 8-2-46 |

INMATE NAME (LAST, FIRST, INITIAL): Henderson, Dennis

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | (B) W  H  O | MWCI – MB |

| DATE/TIME | |
|---|---|
| 6/27/02 | S) ① sent to MD appt for back – 1980 Disc Removed, then fusion 1981. Soc Security Disability for LBP – wants BS pump |
| | O) Back: Post Flex <5°/₆₀ Anterior Flex ~45°/₉₀ |
| | A) Chronic Lumbar DJD by Hx. X-ray shows DJD changes – not as dramatic as Hx would suggest – p̄ 22 yrs |
| 7-15-02 | Optometry Clinic – Glaucoma – IOP's normal – RTC 3 months for IOP recheck.  J. Smith D |
| 7/31/02 | No show – will call |

HR925 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION
**PHYSICIAN'S ORDERS**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 154736 | 8-7-46 |

INMATE NAME (LAST, FIRST, INITIAL): Henderson, Dennis

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| M | B | MWCI-W |

**INSTRUCTIONS FOR USE:** Physicians must sign name and title under each order. Each order must be initialed in the space provided by the licensed nurse who transcribed the order. Medications will be dispensed according to brands stocked in pharmacy.

**DRUG ALLERGIES / HYPERSENSITIVITY** — NKA

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 4/09/02 | 1:05 pm | 1) Glucophage 500 mg PO BID × 2 wks then 1000 mg PO BID × 3 mos. — Tatyana Katsnelson, MD | noted [signature] |
| 4/30/02 | 4 PM | Alphagan 1 gtt OU BID × 6 mths; Glyburide 5 mg BID × 1 yr; Cosopt 2gtts OU BID × 6 mths; Atenolol 25 mg PO qd × 1 yr; ECASA 81 mg PO qd × 1 yr; Hytrin 10 mg PO qd × 1 yr — Dr. Timothy Silvis, MD | noted 4-30-02 [signature] |
| 6/5/02 | 11 am | 1) CXR Spine T spine CT Lnd Lateral; 2) D/C Naprosyn start Motrin 600 PO TID; 3) BS pebs OK No Tenn Spolk × 1 — TIMOTHY SILVIS, M.D. | KOP [signature] noted |

AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT
(UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRCLED.

# MEMO

To:       CUSTODY STAFF
From:     MEDICAL DEPARTMENT/ CHNS E. LUKAS
Subject:  BOTTOM BUNK STATUS
Date:     6-27-02

PLEASE BE ADVISED THAT INMATE Henderson, Dennis # 154736

SHOULD BE ASSIGNED BOTTOM BUNK STATUS FOR MEDICAL REASONS.

THIS STATUS IS (CHECK ONE)

  PERMANENT _____

  TEMPORARY    ✓    EXPIRES 12-27-02


cc:   Inmate Medical File
      Unit Manager  Hpod
      Operations
      CHNS

# MEMO

**To:** ALL STAFF CONCERNED
**From:** MEDICAL UNIT/ CHNS E. LUKAS
**Subject:** MEDICAL RESTRICTIONS
**DATE:** 6-27-02

PLEASE BE ADVISED THAT INMATE *Henderson, D* # *154736*

IS MEDICALLY RESTRICTED FROM THE FOLLOWING FOR MEDICAL REASONS:

    *No*    TEAM SPORTS for *180* days EXPIRES *12-27-02*
    _____ WORK for _____ days EXPIRES _____
    _____ SCHOOL for _____ days EXPIRES _____

    _____ OTHER for _____ days EXPIRES _____

TIMOTHY SILVIS, M.D.
*[signature]*
Staff Signature

cc: Unit Manager *H pod*
    Recreation Director
    School Principal
    Inmate Medical File

# EXHIBIT D



John Dempsey Hospital
University of Connecticut Health Center
Department of Radiology
(860) 679-2784
Department of Nuclear Medicine
(860) 679-3120

*REQUEST COPY*

NAME: HENDERSON, DENNIS            PAT ID: T90154736   DOB: 08/02/46
DOS:  07/01/02   REQ NO: 00529818  REFERRED BY: SILVIS, TIMOTHY,
READ: 07/09/02   TYPED: 07/09/02 18:41  TYPED BY: 896   LOCATION: PR14
RADIOLOGIST: MOSKOWITZ, HAROLD     RESIDENT:

DIAGNOSTIC RADIOLOGIC REPORT

AP AND LATERAL OF THE CERVICAL, DORSAL, AND LUMBAR SPINES:

INDICATION:
Pain.

FINDINGS:
AP and lateral of both the cervical, dorsal, and lumbar spines reveals some mild degenerative changes in the distal lumbar spine with some mild hypertrophic lipping of the spur formation. There has been a left hemilaminectomy at L5-S1. The remainder of the vertebral bodies and the vertebral disc spaces and vertebral appendages reveal only minor changes. There is some _____ disc narrowing at C5-6 but no other abnormality.

CONCLUSION:
Mild degenerative arthrosis otherwise no other significant abnormality seen in the spine. CPT 72040, 72070, 72100; ICD-9 724.5
**********
264925

APPROVED BY MOSKOWITZ, HAROL, M. D.

PAGE 1

# EXHIBIT E

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

## CLINICAL RECORD

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 154736 | 8-2-46 |

INMATE NAME (LAST, FIRST, INITIAL): Henderson, Dennis

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | (B) W  H  O | MWCI - MB |

| DATE/TIME | |
|---|---|
| 8/0/02 | S/o Hacking cough x 1 m. Occasional SOB, occasional phlegm BP 110/80 P80 R18 Lungs cl. p/lat ... |
| 8/12/02 10:40A | S/o - c/o nasal - chest feeling tight x 1 month - CTM Issued 8/6/02 ... Lungs CTA bilat ⊖ SOB - Ox. 98% T.98⁴ - P-84 - R18 - BP 128/72 - slight nasal congestion ⊖ cough — R/o allergy — MD/sc to be scheduled — med aide nurse aware — |
| 8/28/02 9A | ... 30-60 deg SLR — no ... Extrem (R) foot - toes color ... Pulses of foot & femoral ... normal (absent) Lungs few Rales (R) base ... Foot/Toe Pain Diabetic so must be concerned ... ⊕ Repeat A1C & Lipids ... R/B ... |

# EXHIBIT F

**CORRECTIONAL MANAGED HEALTH CARE**
**MACDOUGALL BUILDING**
**MACDOUGALL-WALKER CORRECTIONAL INSTITUTION**
**RICHARD G. FUREY, HEALTH SERVICES ADMINISTRATOR**

TO: Dennis Henderson #154736, J-77

FROM: Rich Furey, HSA, M-WCI, MB

DATE: November 15, 2002

Please be informed that after speaking with Dr. Silvis, egg crates are only used for people with diagnosed skin conditions.

C: file

**CORRECTIONAL MANAGED HEALTH CARE**
**MACDOUGALL BUILDING**
**MACDOUGALL-WALKER CORRECTIONAL INSTITUTION**
**RICHARD G. FUREY, HEALTH SERVICES ADMINISTRATOR**

TO:     Dennis Henderson #154736

FROM:   Richard Furey, HSA, M-WCI, MB

DATE:   January 23, 2003

Please be advised that I checked with Dr. Silvis again about the possibility of you receiving an egg crate due to your past back problems. Again, you do not qualify for an egg crate.

# EXHIBIT G

```
UNIVERSITY OF CONNECTICUT HEALTH SYSTEM  | PATIENT NAME   HENDERSON, DENNIS
263 Farmington Ave.                       | MRN#: I00154736
Farmington CT 06030                       | DOB: 08/07/1946  Age:     Sex: M
CT# HP-0213 CLIA# 07D0092519              | ATTENDING PHYSICIAN: SILVIS, TIMOTHY
                                          | LOCATION: MACDOUGALL CI
```

## DAILY REPORT

Order# 88241037                          FINAL
Date&Time Ordered: 04/24/03 19:35
Req. physician: SILVIS, TIMOTHY

### ROUTINE HEMATOLOGY

| TEST-NAME | RESULT | FLAG | REFERENCE INTERVALS | UNIT |
|---|---|---|---|---|
| SPECIMEN LAV COLLECTED 04/24/03 13:25 RECEIVED 04/24/03 19:35 | | | | |
| **PERIPHERAL BLOOD COUNTS** | | | | |
| White Cell Count | *6.1 | | 3.8-10.6 | K/ul |
| Red Cell Count | *4.03 | L | 4.40-5.90 | M/ul |
| Hemoglobin | *12.7 | L | 13.0-18.0 | g/dl |
| Hematocrit | *35.4 | L | 40.0-52.0 | % |
| MCV | *87.8 | | 80.0-100.0 | fl |
| MCH | *31.5 | | 26.0-34.0 | pg |
| MCHC | *35.8 | | 32.0-36.0 | g/dl |
| RBC Distribution Width | *14.2 | | 11.6-14.8 | % |
| Platelet Count | *193 | | 150-440 | K/ul |
| **WBC DIFFERENTIAL** | | | | |
| Neutrophils | *47.7 | | 37.0-75.0 | % |
| Lymphocytes | *41.1 | | 20.0-53.0 | % |
| Monocytes | *7.0 | | 6.0-13.0 | % |
| Eosinophils | *2.4 | | 1.0-9.0 | % |
| Basophils | *1.8 | | 0.0-3.0 | % |

*-NEW RESULTS    L-LOW    H-HIGH    AB-ABNORMAL    C-CRITICAL    T-TOXIC    X-ABSURD    SSR-SEE SEPARATE
PHYSICIAN: SILVIS, TIMOTHY                                               Patient name: HENDERSON,
LOCATION: MACDOUGALL CI                                                  MRN: I00154736   Room:

16 of 24, 17 of 25          PRINTED 04/25/2003 05:00       Page: 1 of 2

```
UNIVERSITY OF CONNECTICUT HEALTH SYSTEM    PATIENT NAME:  HENDERSON, DENNIS
263 Farmington Ave.                        MRN#:  I00154736
Farmington  CT 06030                       DOB: 08/07/1946   Age  56   Sex: M
CT# HP-0213  CLIA# 07D0092519              ATTENDING PHYSICIAN:  SILVIS, TIMOTHY
                                           LOCATION: MACDOUGALL CI
```

## DAILY REPORT

Order# 88241037                            FINAL
Date&Time Ordered: 04/24/03 19:35
Req. physician: SILVIS, TIMOTHY

### ROUTINE CHEMISTRY

| TEST-NAME | RESULT | FLAG | REFERENCE INTERVALS | UNIT |
|---|---|---|---|---|
| SPECIMEN C2C COLLECTED 04/24/03 13:25 RECEIVED 04/24/03 19:35 | | | | |
| **SERUM/PLASMA CHEMISTRY** | | | | |
| Glucose, Serum | *150 | H | 75-115 | mg/dl |
| Blood Urea Nitrogen | *9 | | 8-24 | mg/dl |
| Creatinine | *1.0 | | 0.6-1.2 | mg/dl |
| Sodium | *138 | | 137-144 | meq/L |
| Potassium | *4.2 | | 3.6-4.8 | meq/L |
| Chloride | *102 | | 100-111 | meq/L |
| Bicarbonate | *27 | | 23-32 | meq/L |
| AST (SGOT) | *18 | | 17-35 | IU/L |
| ALT (SGPT) | *18 | | 8-39 | IU/L |
| Alkaline Phosphatase | *84 | | 39-113 | IU/L |
| Bilirubin, Total | *0.7 | | 0.4-1.4 | mg/dl |
| Bilirubin, Direct | *0.1 | | 0.0-0.2 | mg/dl |
| Albumin, Automated | *3.8 | | 3.8-5.3 | g/dl |



*-NEW RESULTS    L-LOW    H-HIGH    AB-ABNORMAL    C-CRITICAL    T-TOXIC    X-ABSURD    SSR-SEE SEPARATE
PHYSICIAN: SILVIS, TIMOTHY
LOCATION: MACDOUGALL CI

Patient name: HENDERSON, D
MRN: I00154736    Room:

17 of 24, 18 of 25        PRINTED 04/25/2003 05:00        Page: 2 of 2