UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAY 11 A 11: 56

U.S. DISTRICT COURT
BRIDGEPORT, CONN

DENNIS HENDERSON : PRISONER
CIVIL NO. 3:03CV543 (DJS)(TPS)

v. :

CONNECTICUT STATE D.O.C., ET AL. : MAY 10, 2004

### AFFIDAVIT OF EDWARD BLANCHETTE, M.D., IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Edward Blanchette, M.D., being first duly sworn, deposes and says:

1. I am a physician licensed to practice Medicine in the State of Connecticut since 1975.

2. I am Board Certified in Internal Medicine and Infectious Disease.

3. I am presently the Director of Clinical Services for the Connecticut Department of Correction ("DOC").

4. I have been employed by the DOC since 1984 in a variety of positions including Hospital Clinical Director at the Osborn Correctional Institution and Hospital Clinical Director at the MacDougall-Walker Correctional Institution.

5. Complaints involving lower back pain are one of the most common types of complaints that we see in the prison sector and the private sector. I have evaluated and treated hundreds of such complaints in the prison setting.

6. On December 16, 2002, Mr. Dennis Henderson filed a habeas corpus petition in the Superior Court for the Judicial District of Hartford. See habeas petition attached hereto as Exhibit A.

7. The basis for Mr. Henderson's habeas petition was the denial of his request for an egg crate mattress which he felt he needed for his lower back pain. He attached to his petition a copy of an inmate request and grievance relating to his request for an egg crate mattress and asked the Superior Court to order the Medical Department at MacDougall-Walker Correctional Institution to provide him with an egg crate mattress. See attached Exhibit A.

8. As the Clinical Director for DOC, I was asked to review Mr. Henderson's medical records to determine whether I agreed with the decision denying his request for an egg crate mattress.

9. After reviewing Mr. Henderson's medical file, I agreed with the decision denying his request for an egg crate mattress.

10. Requests for egg crate mattresses are almost always made a behalf of immobile elderly patients, stroke victims and others who are unable to move in bed and are in danger of developing decubitus ulcers. In such patients, you need to relieve pressure points on the skin.

11. In contrast, I cannot recall ever having ordered an egg crate mattress in response to a complaint of lower back pain. In such cases, you would typically want a mattress that offers firm support. Prison mattresses offer such support.

12. Attached hereto as Exhibit B is a certified copy of the transcript of the hearing on Mr. Henderson's habeas petition which was held before Judge Richard Rittenband on April 16, 2003. The transcript includes my sworn testimony concerning Mr. Henderson's request for an egg crate mattress which I will incorporate herein by reference.

13. As I testified in April, 2003, Mr. Henderson does not have a medical need for an egg crate mattress. He has mild degenerative disc disease and such a mattress would not be indicated for his condition which is quite common for men of his age.

14. When Mr. Henderson expressed some concern to the habeas court that his pain medication may be adversely affecting his kidney or liver, I readily agreed to do some blood tests (BUN, Creatinine, AST, ALT) to check his renal function and liver function. These blood tests were normal. See Exhibit G to Silvis affidavit.

15. At the conclusion of the hearing on Mr. Henderson's habeas petition, Judge Rittenband did not find any medical justification for ordering DOC to provide Mr. Henderson with an egg crate mattress. See attached Exhibit B.

16. An order was issued by Judge Rittenband entering judgment for the respondent warden and dismissing the habeas petition. See attached Exhibit C.

17. It is my opinion that Mr. Henderson received appropriate evaluation and treatment for his degenerative disc disease at the MacDougall-Walker Correctional Institution. There is no indication that an egg crate mattress is medically necessary or medically appropriate for him.

I, Edward Blanchette, M.D., do hereby swear that the contents of the foregoing affidavit are true and accurate to the best of my knowledge and belief.

_____
Edward Blanchette, M.D.

Subscribed and sworn to, before me, this 6th day of May, 2004.

_____
Richard T. Couture
Commissioner of the Superior Court

DEFENDANTS
Connecticut State D.O.C., et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Richard T. Couture
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05480
E-Mail: richard.couture@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing Affidavit of Edward Blanchette, M.D., with attached exhibits, was sent by first class mail, postage prepaid, this 10th day of May, 2004, to:

Dennis Henderson, No. 154736
Osborn Correctional Institution
P.O. Box 100
Somers, CT 06071

_____
Richard T. Couture
Assistant Attorney General