United States District Court
District of Connecticut

FILED
2004 JUN -7 P 4:49
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

Dennis Henderson       May 24, 2004
  Plaintiff
        v.        Civil No. 3:03CV543 (DJS)(TPS)
Connecticut State DOC, ET AL
  Defendants.

Motion Seeking An Extension of time To File An Answer

Now Comes the above named Plaintiff who is presently incarcerated, Respectfully

Move this Honorable Court to allow the pro-se Plaintiff an Extension of Sixty days (60) to file the appropriate opposition to the defendants Summary Judgment Motion.

The Plaintiff is incarcerated and is unable to ascertain the defendants position in this request for more time. It is the Plaintiff intentions to file a Rule 56 Motion. However, the Plaintiff movement is constrain and legal material is not readily available.

Wherefore, Plaintiff ask that his request be and an Extension of Sixty days is allow.

Respectfully Submitted
Dennis Henderson

Dennis Henderson
P.O. Box 100
Somers, Ct 06071

<u>Order</u>

The foregoing Motion having been heard and it is hereby ordered: <u>Granted/Denied</u>

By The Court

_____ J.

Certificate of Service

This is to certify that a true copy of the enclosed was mailed to Assistant Attorney General Richard T. Couture, Esq., 110 Sherman Street, Hartford CT 06105 on this 25 day of May 2004.

Respectfully Submitted

<u>Dennis Henderson</u>
Dennis Henderson
P.O. Box 100
Somers, CT 06071