UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 JUN 14  A 11: 15

U.S. DISTRICT COURT
HARTFORD, CT.

DENNIS HENDERSON              :
                             :         PRISONER
        v.                   :    Case No. 3:03CV543(DJS)(TPS)
                             :
CONNECTICUT STATE DOC, et al. :


RULING AND ORDER

Plaintiff seeks a sixty-day extension of time to respond to defendants' motion for summary judgment. Plaintiff's motion [**doc. #20**] is **GRANTED.**

**SO ORDERED** this 14th day of June, 2004, at Hartford, Connecticut.


/s/ Thomas P. Smith
Thomas P. Smith
United States Magistrate Judge