UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DENNIS HENDERSON

v.

BRIAN K. MURPHY
RICHARD FUREY
T. SILVIS

PRISONER
CIVIL NO. 3:03cv543 (DJS)(TPS)

J U D G M E N T

This cause came on for consideration on defendants' motion for summary judgment before the Honorable Dominic J. Squatrito, United States District Judge.

The Court has considered the motion and all the related papers. On September 28, 2004, the court filed its Ruling on Defendants' Motion for Summary Judgment granting the motion and directing the Clerk to enter judgment in favor of defendants and close this case.

Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut this 28th day of September, 2004.

KEVIN F. ROWE, Clerk

By  /s/ Donna P. Thomas
    Donna P. Thomas
    Deputy Clerk

Entered on the Docket _____